IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELISSA LEE SPEIGHT,

      Plaintiff,

v.                                                     Civ. No. 16-1143 JCH/GBW

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On October 17, 2016, Plaintiff filed a Complaint against the Commissioner seeking review of the Social Security Administration's decision to deny Plaintiff benefits. *Doc. 1.* On May 3, 2017, Plaintiff filed a Motion to Remand to Agency. *Doc. 21.* That motion was fully briefed by July 3, 2017. *See docs. 21, 23, 24.* On October 18, 2017, the Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD), in which he recommended granting Plaintiff's Motion and remanding this action to the Social Security Administration for further proceedings. *Doc. 32.* Neither party has filed objections to the PFRD, and, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 32*), is ADOPTED. Plaintiff's motion is GRANTED and this case is REMANDED to the Social Security Administration for further proceedings.

_____
JUDITH C. HERRERA
United States District Judge